David J Rao

                                      Plaintiff,

v.                                                          Case No.: 1:16–cv–08815
                                                                Honorable Milton I. Shadur

Board of Trustees University of Illinois, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 16, 2016:

      MINUTE entry before the Honorable Milton I. Shadur: Motion hearing held as to Plaintiff's Motion for a Temporary Restraining Order [2]. For the reasons stated on the record in open court, Plaintiff's Motion [2] is granted effective 9/26/2016 at 10:00 a.m. through and including 9/30/2016 at 10:00 a.m., and Defendants are ordered to comply forthwith with the TRO as requested. Plaintiffs counsel shall promptly provide the Court and Defendants counsel with a draft copy of the TRO to permit its immediate issuance nunc pro tunc the earlier stated time and date. Defendants' response objecting to the TRO and to its possible extension under Fed.R.Civ.P. 65(b)(2) shall be filed by 9/26/2016, with a courtesy copy delivered to chambers contemporaneously. Status hearing is set for 9/29/2016 at 9:15 a.m. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.