UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

David J Rao

                Plaintiff,

v.                                    Case No.: 1:16–cv–08815
                                    Honorable Milton I. Shadur

Board of Trustees University of Illinois, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 5, 2017:

        MINUTE entry before the Honorable M. David Weisman: All matters relating to the referral of this matter having been resolved, this case is returned to the District Judge. Status hearing set for 2/9/17 before Judge Weisman is stricken, no appearance is required. Referral terminated. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.