IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID RAO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16-cv-8815 |
| | ) | |
| v. | ) | Honorable Judge Milton I. Shadur |
| | ) | |
| BOARD OF TRUSTEES FOR THE | ) | |
| UNIVERSITY OF ILLINOIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO DISMISS ACTION WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the parties to the above-entitled action that this action be dismissed with prejudice without costs or attorney's fees awarded to any party.

Date: February 24, 2017

**DAVID RAO**                                   **BOARD OF TRUSTEES FOR THE**
                                                **UNIVERSITY OF ILLINOIS, ET AL.**

By: s/ Elaine K.B. Siegel                       By: s/Jeff Nowak
    Counsel for Plaintiff                           Counsel for Defendants

Elaine K.B. Siegel                              Jeff Nowak
Elaine K.B. Siegel & Assoc., P.C.               FRANCZEK RADELET P.C.
53 West Jackson Boulevard, Suite 405            300 S. Wacker, Suite 3400
Chicago, IL 60604                               Chicago, IL 60606

1847585.1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he filed the foregoing **STIPULATION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this 24th day of February 2017.

        ELAINE K.B. SIEGEL & ASSOC., P.C.
        53 West Jackson Boulevard, Suite 405
        Chicago, Illinois 60604

        By: /s/Jeff Nowak

        Jeff Nowak
        jsn@franczek.com
        Franczek Radelet P.C.
        300 South Wacker Drive, Suite 3400
        Chicago, IL 60606
        (312) 986-0300